Order issued December 3, 2012

005148



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01296-CV

**TEXAS DEPARTMENT OF LICENSING AND REGULATION, Appellant**

**V.**

**THE MIAN DEVELOPMENT CORP., Appellee**

## ORDER

We **GRANT** appellee's November 29, 2012 agreed motion for an extension of time to file its brief. Appellee shall file its brief on or before January 28, 2013. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

DOUGLAS S. LANG
JUSTICE